ORIGINAL

FILED

01/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0291

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0291

CITY OF RED LODGE,

    Plaintiff and Appellee,

v.

EUGENE TIMOTHY RODMAN,

    Defendant and Appellant.

FILED

JAN 2 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**O R D E R**

Appellant, Eugene Rodman, has filed a petition for rehearing of this Court's December 22, 2020 Memorandum Opinion affirming the decision of the District Court which affirmed the Red Lodge City Court's December 18, 2019 judgment and sentence.

Under M. R. App. P. 20, this Court will consider a petition for rehearing only if the opinion "overlooked some fact material to the decision," if the opinion missed a question provided by a party or counsel that would have decided the case, or if our decision "conflicts with a statute or controlling decision not addressed" by the Court. M. R. App. P. 20.

Having fully considered Appellant's petition, the Court concludes that rehearing is not warranted under Rule 20. The Court did not overlook material facts or issues raised by the parties or fail to address a controlling statute or decision that conflicts with the Opinion.

IT IS THEREFORE ORDERED that the petition for rehearing is DENIED.

The Clerk is directed to provide copies of this Order to all parties and counsel of record.

Dated this 26 day of January, 2021.

_____
Chief Justice

_____

_____

_____

_____

Justices

2